**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JABORIE BROWN, | ) Case No.: 1:20-cv-01156-NONE-JLT (HC) |
| Petitioner, | ) |
| | ) ORDER DISREGARDING MISCELLANEOUS |
| v. | ) MOTION |
| | ) |
| WARDEN, | ) (Doc. 9) |
| Respondent. | ) |
| | ) |
| | ) |

On December 17, 2021, Petitioner filed a miscellaneous motion and request for information. (Doc. 9.)  However, the Court dismissed the petition on October 6, 2021 (Doc. 7), and this case is closed.  Therefore, Petitioner's motion is hereby DISREGARDED, and no further filings will be accepted in this case.

IT IS SO ORDERED.

Dated:   __December 22, 2021__          _____ **/s/ Jennifer L. Thurston**
                                                              CHIEF UNITED STATES MAGISTRATE JUDGE